# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **REGINALD NEWMAN** | **CASE NO. 1:24-CV-00848 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **DEPT OF CORRECTIONS** | **MAG. JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 12), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** this 30th day of December, 2024, in Alexandria, Louisiana.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE